UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Chapter 13
Case No.: 18-19345-JKO

**BRENTON DALRYMPLE**,

   Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 24th day of August, 2018.**

                                              Respectfully submitted,

                                              **GHIDOTTI | BERGER, LLP**
                                              *Attorneys for Secured Creditor*
                                              3050 Biscayne Blvd. - Suite 402
                                              Miami, Florida 33137
                                              Telephone: (305) 501.2808
                                              Facsimile: (954) 780.5578

                                              By:   /s/ Chase A. Berger
                                                     Chase A. Berger, Esq.
                                                     Florida Bar No. 083794
                                                   cberger@ghidottiberger.com

*Case No.: 18-19345-JKO*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
       Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**Brenton Dalrymple**
9022 SW 20 Place
Miramar, FL 33025

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

By:   /s/ Chase A. Berger
       Chase A. Berger, Esq.